# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**RODNEY GADIS PORTER**                                                      **PLAINTIFF**

V.                                                                 **CIVIL ACTION NO. 5:06cv178-MTP**

**W. JONES, ET AL.**                                                          **DEFENDANTS**

## JUDGMENT OF DISMISSAL

On March 9, 2009, the court conducted a pretrial conference, where the parties reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice, with each party to bear its own costs. The court hereby retains jurisdiction to enforce the settlement agreement. If any party fails to consummate or complete the settlement agreement, any aggrieved party may reopen the case for enforcement of the settlement agreement by written motion filed on or before June 10, 2009. Objections or complaints filed after that date may be deemed waived.

SO ORDERED AND ADJUDGED this the 11th day of March, 2009.

_____
Michael T. Parker
United States Magistrate Judge